Matter of Micale (2023 NY Slip Op 03170)

Matter of Micale

2023 NY Slip Op 03170

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., MONTOUR, OGDEN, AND GREENWOOD, JJ. (Filed Apr. 14, 2023.)

&em;

[*1]MATTER OF KERILYN E. MICALE, AN ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, PETITIONER.

MEMORANDUM AND ORDER
Order of interim suspension entered pursuant to Judiciary Law § 90 (4)